Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter

of the Claim of RALPH SANTONA, Respondent, for Compensation to Himself, under the Workmen's Compensation Law, v. MCQUADE STEVEDORING COMPANY, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award annulled and claim dismissed on the authority of *Matter of Anderson* v. *Johnson Lighterage Co.* (224 N. Y. 539) and *Matter of Keator* v. *Rock Plaster Mfg. Co.* (Id. 540).